# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as subrogee of Michael Hayes <br><br> Plaintiff <br><br> VS. <br><br> UNITED STATES OF AMERICA <br><br> Defendant | CIVIL ACTION <br><br> FILE NO. |

## COMPLAINT FOR DAMAGES

**NOW COMES** State Farm Mutual Automobile Insurance Company as subrogee of Michael Hayes to make this Complaint against The United States of America and show this Honorable Court the following:

## PARTIES, JURISDICTION AND VENUE

1.

The Plaintiff is State Farm Mutual Automobile Insurance Company, a corporation registered with the Georgia Secretary of State to do business in the state of Georgia, who brings this claim for damages arising out of a motor vehicle collision which occurred on November 11, 2020.

2.

The Defendant is The United States of America. This is a Federal Tort Claim Act claim brought pursuant to 28 U.S.C. 2671 et. seq. The United States of America may be served with process upon the U.S. Attorney for the Northern District of Georgia, at 600 U.S. Courthouse, 75 Spring Street, N.W., Atlanta, Georgia 30303, and as otherwise provided by applicable law.

3.

This is a claim for damages involving a federal department, to wit: The United States Postal Service (hereinafter "USPS").

4.

Prior to bringing this suit, this claim was brought before USPS with a settlement demand for money damages in a sum certain. The Federal Tort Claim Act claim referenced above was submitted to USPS on or about May 17, 2021. Defendant has waived any challenge to the legal sufficiency of Plaintiff's Notice of Claim.

5.

This claim arises out of a motor vehicle collision between a government vehicle being driven by USPS employee Cheri Lynn Keaton, who was acting in the course and scope of her employment, and Michael Hayes (Plaintiff's Insured). Said collision occurred in Dougherty County, Georgia on November 11, 2020.

6.

USPS has failed to pay said claim and more than six (6) months have elapsed since the filing of this claim.

## **FACTS**

7.

On November 11, 2020, Cheri Lynn Keaton (hereinafter "Keaton") was employed by USPS and was acting within the scope of her employment.

8.

On the aforementioned date, Keaton was operating a USPS vehicle and had stopped at a stop sign. Keaton failed to yield to the vehicle driven by Plaintiff's Insured (Hayes) and a collision occurred. Keaton's negligence was negligence per se in violation of the Uniform Rules of the Road of the State of Georgia, specifically O.C.G.A. 40-6-72(B)(2) (failed to yield). Keaton was cited by the officer at the scene of the accident.

9.

As a direct and proximate cause of the negligence of USPS, acting by and through its agent employee Keaton, Plaintiff's Insured's vehicle was damaged.

10.

Plaintiff brings this action to recover damages in the amount of **$4,734.54**. Plaintiff State Farm Mutual Automobile Insurance Company has an equitable right of subrogation in the claim against Defendant as a result of making payment in the amount of $4,484.54 to or on behalf of Michael Hayes under a policy of insurance. Michael Hayes additionally incurred expenses of $250 as his deductible, included in this claim for damages.

WHEREFORE, Plaintiff respectfully prays that Defendant be served with process as required by law, that Plaintiff recover verdict and judgment against the Defendant in an amount as the Court shall determine to be appropriate based upon the evidence submitted at the time of trial and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted,
This 2 of December, 2021.

Ronald W. Parnell, P.C.

Ronald W. Parnell
Georgia Bar No. 564450
Attorney for Plaintiff

Law Office of Ronald W. Parnell, PC
Our file 952-5299
1630 Old Salem Road SE
P.O. Box 81085
Conyers, Georgia  30013
PH:  (770) 929-8585
rwp@rwpsubro.com